BANKRUPTCY LAW GROUP, P.C.
Chad M. Johnson, SBN: 232417
Joseph Feist, SBN: 249447
Mark Shmorgon, SBN: 255939
Berkeley Collins, SBN: 256894
25 Cadillac Dr., Suite 290
Sacramento, CA 95825
Tel: (916) 437-3990
Fax: (916) 437-3980

Attorneys for Debtors
BEN KELLY SHERRIN &
PYDRAH MARIE SHERRIN

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BEN KELLY SHERRIN &<br>PYDRAH MARIE SHERRIN<br><br>Debtors. | Case No.: 10-28106<br><br>Chapter 7<br><br>DCN: BLG - 001<br><br>**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 USCS §§ 554(b), 721 ]**<br><br>Date: June 15, 2010<br>Time: 9:32 a.m.<br>Courtroom: 32, 6th Floor<br>Honorable Judge Thomas Holman |

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S
BUSINESS AS AN ASSET OF THE ESTATE**

Debtor BEN KELLY SHERRIN, by and through his/her attorney of record Berkeley Collins, will and hereby does bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtor's Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

FILED May 12, 2010 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA 0002627442

By this motion Debtor requests that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtor's business on the following grounds:

1. Debtor's business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

BANKRUPTCY LAW GROUP, P.C.

Dated: May 12, 2010

By: /s/ Berkeley Collins
Berkeley Collins
Attorney for Debtor